Gordon J. KLINGENSCHMITT,
Plaintiff–Appellant

v.

**UNITED STATES, Defendant–Appellee**

No. 2015–5050.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2015.

John B. Wells, Law Office of John B. Wells, Slidell, LA, argued for plaintiff-appellant.

Mikki Cottet, International Trade Field Office, Commercial Litigation Branch, Civil Division, United States Department of Justice, New York, N.Y., argued for defendant-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Bryant G. Snee; Griffin Farris, Office of the Judge Advocate General, United States Navy, Washington, DC.

DYK, O'MALLEY, and STOLL, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.